Filing # 81560129 E-Filed 12/03/2018 05:18:31 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

### I. CASE STYLE

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA

Case No.: 2018-CA-003241-16-K
Judge: ____________________

Blaine Martin
Plaintiff

vs.

American Express Bank, FSB
Defendant

---

### II. TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
  - ☐ Other real property actions $0 - $50,000
  - ☐ Other real property actions $50,001 - $249,999
  - ☐ Other real property actions $250,000 or more
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

III. **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

IV. **NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

6

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature s/ Roddy B. Lanigan FL Bar No.: 41331
Attorney or party (Bar number, if attorney)

Roddy B. Lanigan 12/03/2018
(Type or print name) Date

Filing # 81560129 E-Filed 12/03/2018 05:18:31 PM

THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

BLAINE MARTIN,

*Plaintiff,*

v.

AMERICAN EXPRESS BANK, FSB, EQUIFAX INFORMATION SEVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC,

*Defendants.*

_________________________________/

CASE NO.: 2018-CA-003241-16-K

**SUMMONS**

THE STATE OF FLORIDA )

TO EACH SHERIFF OF THE STATE )

YOU ARE COMMANDED to serve the summons and a copy of the complaint or petition in this action on the defendant, EXPERIAN INFORMATION SOLUTIONS, INC., by serving c/o CT Corporation System as Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324.

The defendant is required to serve its defenses to the complaint or petition on Roddy B. Lanigan, Esq., Plaintiff's attorney, whose address is 831 W. Morse Blvd., Winter Park, FL 32789, email: roddy.lanigan@laniganpl.com, within 20 days after service of the summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED on December 4, 2018.

Grant Maloy
CLERK OF COURT And Comptroller

By: Pamela Einstein
As Deputy Clerk

**NOTIFICATION**

If you are a person with a special disability who needs accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration at 301 N. Park Avenue, Sanford, Florida, 32771, telephone (407) 665-4211, within 2 working days of your receipt of this document. If you are voice or hearing impaired, call 1-800-955-8771.

Filing # 81560129 E-Filed 12/03/2018 05:18:31 PM

THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

BLAINE MARTIN,

*Plaintiff*,

v.

AMERICAN EXPRESS BANK, FSB, EQUIFAX INFORMATION SEVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC,

*Defendants*.

_________________________________/

CASE NO.: 2018-CA-003241-16-K

**SUMMONS**

THE STATE OF FLORIDA )
TO EACH SHERIFF OF THE STATE )

YOU ARE COMMANDED to serve the summons and a copy of the complaint or petition in this action on the defendant, EQUIFAX INFORMATION SERVICES, LLC, by serving Corporation Service Company, as Registered Agent, 1201 Hays Street, Tallahassee, FL 32301.

The defendant is required to serve its defenses to the complaint or petition on Roddy B. Lanigan, Esq., Plaintiff's attorney, whose address is 831 W. Morse Blvd., Winter Park, FL 32789, email: roddy.lanigan@laniganpl.com, within 20 days after service of the summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED on December 4, 2018.

Grant Maloy
CLERK OF COURT And Comptroller

By: Pamela Einstein
As Deputy Clerk




**NOTIFICATION**

If you are a person with a special disability who needs accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration at 301 N. Park Avenue, Sanford, Florida, 32771, telephone (407) 665-4211, within 2 working days of your receipt of this document. If you are voice or hearing impaired, call 1-800-955-8771.

Filing # 81560129 E-Filed 12/03/2018 05:18:31 PM

THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

BLAINE MARTIN,

*Plaintiff*,

v.

AMERICAN EXPRESS BANK, FSB, EQUIFAX INFORMATION SEVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC,

*Defendants*.

______________________________/

CASE NO.: 2018-CA-003241-16-K

**SUMMONS**

THE STATE OF FLORIDA )
TO EACH SHERIFF OF THE STATE )

YOU ARE COMMANDED to serve the summons and a copy of the complaint or petition in this action on the defendant, AMERICAN EXPRESS BANK, FSB by serving c/o CT Corporation System as Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324.

The defendant is required to serve its defenses to the complaint or petition on Roddy B. Lanigan, Esq., Plaintiff's attorney, whose address is 831 W. Morse Blvd., Winter Park, FL 32789, email: roddy.lanigan@laniganpl.com, within 20 days after service of the summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED on December 4, 2018.

Grant Maloy
CLERK OF COURT And Comptroller

By: *Pamela Einstein*
As Deputy Clerk

**NOTIFICATION**

If you are a person with a special disability who needs accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration at 301 N. Park Avenue, Sanford, Florida, 32771, telephone (407) 665-4211, within 2 working days of your receipt of this document. If you are voice or hearing impaired, call 1-800-955-8771.

Filing # 82180275 E-Filed 12/17/2018 09:40:54 AM

**Return Of Service**

In The Circuit Court

In And For Seminole County, Florida

Blaine Martin

Plaintiff

VS

American Express Bank FSB etal

Defendants : :

Case Number: 2018-CA-003241

Attorney : Lanigan & Lanigan, PL

Documents to be served: Summons : et al

I, Virgel Ulman received this process on 12/5/18 at 2:00 P.M. and I served this process on 12/5/2018 at 4:30 P .M. on American Express Bank FSB c/o Ct Corporation System at 1200 South Pine Island Road , Plantation, Florida, 33324 Person served: Donna Moch

_____**Individual Service**- Fla. Stat. 48.031(1) (a)- By delivering to the person named above a true copy of the process, with the date and hour of service endorsed by me, along with a copy of the complaint, petition, or other initial court documents.

_____**Substitute Service**- By leaving a true copy of this process, with the date and hour endorsed by me, along w/ a copy of the complaint, petition, or other initial pleading or court document, to the person as the:

________Co-Resident at the usual place of abode who is 15 years of age or older- Fla. Statute 48.031 (2) (a)

__________ Spouse as long as within county, spouses live together and spouse agrees to be served- Fla. Stat. 48.031 (2)(a)

____________Person in charge – Fla Stat. 48.031 (2) (b) Clerk (Court Liason) per AO 2.70(2)

____________Person of a partnership- Fla. Stat. 48.061 (1)

____________Private Mailbox- Fla. Stat. 48.031 (6)

___✓___**Corporate Service** – By leaving a true copy of this process, with the date and hour of service endorsed by me, with a copy of the complaint, petition, or other initial pleading or court document to the person named above as :

__________Highest ranking Officer- Fla. Stat. 48.081(5)

____✓_____Registered agent of the within named corporation- Fla. Stat. 48.081 (3)(a) & 48.091

____________Employee of the within named corporation at said corporation's place of business because service could not be made on the registered agent for failure to comply with F.S.48.091Staff list position per AO 2.70(2)

__________**Posted Service** : By attaching a true copy of this process with the date and hour of service endorsed

thereon by me, together with a copy of the complaint of petition, to a conspicuous place on the property described within after making two (2) attempts not less than six (6) hours apart in that the tenant could not be found and there was no person residing therein, fifteen years of age or older upon whom service could not be made

First Attempt________________ Second Attempt________________

Military Status:________________ Marital Status;________________

Comments: Dawn Mock 12/5/18 @ 4:30 pm

I am appointed in a good standing in the Judicial Circuit wherein this process was served and have no interest in the above action.Under penalty of perjury I declare that I Have read the foregoing Verified Return of Service and that the facts stated in it are true. Notary not required pursuant to F.S. 92525 (2))

________________ Special Process Server #1124

**AUTHORIZED PROCESS SERVERS LLC**

**1830 N. University Drive Ste 155**

**Plantation, Florlda 33322**

**954 851-5555**

Filing # 81560129 E-Filed 12/03/2018 05:18:31 PM

THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

BLAINE MARTIN,

*Plaintiff,*

v.

AMERICAN EXPRESS BANK, FSB, EQUIFAX INFORMATION SEVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC,

*Defendants.*

______________________________/

CASE NO.: 2018-CA-003241-16-K

Authorized Process Servers.Com
854.851.5555

V. 4. # 1124
11/6/18
V: 30 p

**SUMMONS**

THE STATE OF FLORIDA )
TO EACH SHERIFF OF THE STATE )

YOU ARE COMMANDED to serve the summons and a copy of the complaint or petition in this action on the defendant, AMERICAN EXPRESS BANK, FSB by serving c/o CT Corporation System as Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324.

The defendant is required to serve its defenses to the complaint or petition on Roddy B. Lanigan, Esq., Plaintiff's attorney, whose address is 831 W. Morse Blvd., Winter Park, FL 32789, email: roddy.lanigan@laniganpl.com, within 20 days after service of the summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED on December __4__, 2018.

Grant Maloy
CLERK OF COURT And Comptroller

By: Pamela Einstein
As Deputy Clerk

**NOTIFICATION**

If you are a person with a special disability who needs accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration at 301 N. Park Avenue, Sanford, Florida, 32771, telephone (407) 665-4211, within 2 working days of your receipt of this document. If you are voice or hearing impaired, call 1-800-955-8771.

Filing # 82180275 E-Filed 12/17/2018 09:40:54 AM

**Return Of Service**

In The Circuit Court

In And For Seminole County, Florida

Blaine Martin

Plaintiff

VS

American Express Bank FSB etal

Defendants : :

Case Number: 2018-CA-003241

Attorney : Lanigan & Lanigan, PL

Documents to be served: Summons : et al

I, Virgel Ulman received this process on 12/5/18 at 2:00 P.M. and I served this process on 12/5/2018 at 4:30 P .M. on Experian Information Solutions Inc c/o Ct Corporation System at 1200 South Pine Island Road , Plantation, Florida, 33324 Person served: Donna Moch

______**Individual Service**- Fla. Stat. 48.031(1) (a)- By delivering to the person named above a true copy of the process, with the date and hour of service endorsed by me, along with a copy of the complaint, petition, or other initial court documents.

______**Substitute Service**- By leaving a true copy of this process, with the date and hour endorsed by me, along w/ a copy of the complaint, petition, or other initial pleading or court document, to the person as the:

________Co-Resident at the usual place of abode who is 15 years of age or older- Fla. Statute 48.031 (2) (a)

__________ Spouse as long as within county, spouses live together and spouse agrees to be served- Fla. Stat. 48.031 (2)(a)

____________Person in charge – Fla Stat. 48.031 (2) (b) Clerk (Court Liason) per AO 2.70(2)

____________Person of a partnership- Fla. Stat. 48.061 (1)

____________Private Mailbox- Fla. Stat. 48.031 (6)

___✓___**Corporate Service –** By leaving a true copy of this process, with the date and hour of service endorsed by me, with a copy of the complaint, petition, or other initial pleading or court document to the person named above as :

__________Highest ranking Officer- Fla. Stat. 48.081(5)

___✓___Registered agent of the within named corporation- Fla. Stat. 48.081 (3)(a) & 48.091

____________Employee of the within named corporation at said corporation's place of business because service could not be made on the registered agent for failure to comply with F.S.48.091Staff list position per AO 2.70(2)

__________**Posted Service :** By attaching a true copy of this process with the date and hour of service endorsed

thereon by me, together with a copy of the complaint of petition, to a conspicuous place on the property described within after making two (2) attempts not less than six (6) hours apart in that the tenant could not be found and there was no person residing therein, fifteen years of age or older upon whom service could not be made

First Attempt________________ Second Attempt________________

Military Status:________________ Marital Status;________________

Comments: Door Mark 12/5/18 @ 4:30 pm

I am appointed in a good standing in the Judicial Circuit wherein this process was served and have no interest in the above action.Under penalty of perjury I declare that I Have read the foregoing Verified Return of Service and that the facts stated in it are true. Notary not required pursuant to F.S. 92525 (2))

________________ Special Process Server #1124

**AUTHORIZED PROCESS SERVERS LLC**

**1830 N. University Drive Ste 155**

**Plantation, Florlda 33322**

**954 851-5555**

Filing # 81560129 E-Filed 12/03/2018 05:18:31 PM

THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

BLAINE MARTIN,

*Plaintiff,*

v.

AMERICAN EXPRESS BANK, FSB, EQUIFAX INFORMATION SEVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC,

*Defendants.*

______________________________/

Authorized Process Servers.Com
954.851.5555

CASE NO.: 2018-CA-003241-16-K

VU # 1124
12/6/18
4:50 P

**SUMMONS**

THE STATE OF FLORIDA )
TO EACH SHERIFF OF THE STATE )

YOU ARE COMMANDED to serve the summons and a copy of the complaint or petition in this action on the defendant, EXPERIAN INFORMATION SOLUTIONS, INC., by serving c/o CT Corporation System as Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324.

The defendant is required to serve its defenses to the complaint or petition on Roddy B. Lanigan, Esq., Plaintiff's attorney, whose address is 831 W. Morse Blvd., Winter Park, FL 32789, email: roddy.lanigan@laniganpl.com, within 20 days after service of the summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED on December 4, 2018.

Grant Maloy
CLERK OF COURT And Comptroller

By: Pamela Pinstein
As Deputy Clerk

**NOTIFICATION**

If you are a person with a special disability who needs accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration at 301 N. Park Avenue, Sanford, Florida, 32771, telephone (407) 665-4211, within 2 working days of your receipt of this document. If you are voice or hearing impaired, call 1-800-955-8771.

Filing # 82180275 E-Filed 12/17/2018 09:40:54 AM

## AFFIDAVIT OF SERVICE

**State of Florida** **County of Seminole** **Circuit Court**

Case Number: 2018-CA-003241-16-K

KDY2018048118

Plaintiff:
**BLAINE MARTIN**

vs.

Defendant:
**AMERICAN EXPRESS BANK, FSB, ET AL.**

For:
RODDY B. LANIGAN

Received by AUTHORIZED PROCESS SERVERS LLC on the 6th day of December, 2018 at 9:00 am to be served on **EQUIFAX INFORMATION SERVICES, LLC BY SERVING CORPORATION SERVICE COMPANY, AS REGISTERED AGENT, 1201 HAYS STREET, Tallahassee, FL 32301.**

I, JESSICA POWELL, being duly sworn, depose and say that on the **6th day of December, 2018 at 2:10 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CHELSEA LAVER** as **SERVICE LIAISON** authorized to accept service, of the within named corporation, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301** on behalf of **EQUIFAX INFORMATION SERVICES, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: WHITE, Height: 5'7", Weight: 140, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525




STATE OF FLORIDA, COUNTY OF LEON

Subscribed and Sworn to before me on the 7th day of December, 2018 by the affiant who is personally known to me.

Taylor Price
PRINTED NAME

NOTARY PUBLIC

JESSICA POWELL
258

**AUTHORIZED PROCESS SERVERS LLC**
**1830 N. University Drive**
**Suite 155**
**Plantation, FL 33322**
**(954) 851-5555**

Our Job Serial Number: KDY-2018048118

Copyright © 1992-2018 Database Services, Inc - Process Server's Toolbox V8.0i

Filing # 81560129 E-Filed 12/03/2018 05:18:31 PM

THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

BLAINE MARTIN,

*Plaintiff,*

v.

AMERICAN EXPRESS BANK, FSB, EQUIFAX INFORMATION SEVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC,

*Defendants.*

_______________________________/

CASE NO.: 2018-CA-003241-16-K

JP258
DEC 06 2018
2:10pm

**SUMMONS**

THE STATE OF FLORIDA )
TO EACH SHERIFF OF THE STATE )

YOU ARE COMMANDED to serve the summons and a copy of the complaint or petition in this action on the defendant, EQUIFAX INFORMATION SERVICES, LLC, by serving Corporation Service Company, as Registered Agent, 1201 Hays Street, Tallahassee, FL 32301.

The defendant is required to serve its defenses to the complaint or petition on Roddy B. Lanigan, Esq., Plaintiff's attorney, whose address is 831 W. Morse Blvd., Winter Park, FL 32789, email: roddy.lanigan@laniganpl.com, within 20 days after service of the summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED on December 4, 2018.

Grant Maloy
CLERK OF COURT And Comptroller

By: *Pamela Einstein*
As Deputy Clerk



NOTIFICATION

If you are a person with a special disability who needs accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration at 301 N. Park Avenue, Sanford, Florida, 32771, telephone (407) 665-4211, within 2 working days of your receipt of this document. If you are voice or hearing impaired, call 1-800-955-8771.