# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BLAINE MARTIN,**

    **Plaintiff,**

**v.**                                      Case No:   6:19-cv-18-Orl-22DCI

**EXPERIAN INFORMATION SOLUTIONS, INC., AMERICAN EXPRESS BANK, FSB and EQUIFAX INFORMATION SERVICES LLC,**

    **Defendants.**

## ORDER

Upon the Court's own motion, based upon the review of the file in this case, the undersigned Judge determines the interests of justice would be served by recusal from this case because a member of the Judge's family has a financial interest in an entity that has an interest in this action.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 22, 2019.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Division Manager