**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| BLAINE MARTIN,<br><br>       Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS BANK, FSB, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>       Defendant. | Case No. 6:19-cv-00018-PGB-DCI<br><br>State Court Case No.: 2018-CA-3241-16-K |

**THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant American Express Bank, FSB[1] ("American Express"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully moves this Court for a third extension of time to file a response to the Complaint, and requests the Court provide American Express an additional fourteen (14) days, through and including February 28, 2019. In support thereof, American Express states as follows:

1.      Plaintiff filed the Complaint in this matter on December 3, 2018, and served a Summons and a copy of the Complaint on American Express on December 5, 2018. On January 4, 2019, this action was removed from the Circuit Court for the Eighteenth Judicial Circuit, in and for Seminole County, Florida, to the Middle District of Florida, Orlando Division.

---

[1] Although the Complaint names this defendant as "American Express Bank, FSB," the correct entity should be "American Express National Bank, as successor by merger to American Express Bank, FSB."

263613 v1

2. Pursuant to this Court's Order dated February 1, 2019 [Doc. No. 27], a responsive pleading is due from American Express on or before February 14, 2019. American Express respectfully requests an additional fourteen (14) days within which to file a response to the Complaint, through and including February 28, 2019. In the Court's February 1, 2019 Order [Doc. No. 27], the Court cautioned American Express that no further extensions should be sought. However, due to the special circumstances and good cause described below, American Express respectfully requests this Court to set aside its directive and grant American Express a third extension.

3. All of the parties to this action have been discussing settlement of this case at length since the inception of this case. On or about February 6, 2019, the parties reached an agreement in principle to resolve all of the claims and defenses in this case. The settlement between the parties is not final, as there remain certain terms and contingencies to be performed before this case can be considered completely resolved. The parties continue to work toward finalizing the terms of the settlement and negotiating formalized written settlement agreements, as well as fully performing their respective obligations under the settlement. As such, good cause exists to extend the deadline, as directed in this Court's February 1, 2019 Order.

4. In the interest of conserving judicial resources and to encourage a final and efficient settlement between the parties, American Express respectfully requests that this Court relieve it of its obligation to respond to the Complaint by the current deadline of February 14, 2019, and provide American Express with the requested additional fourteen (14) days, within which the parties hope to bring this case to a final resolution.

5. American Express will use the additional time to work towards finalizing the settlement between the parties. The requested extension of time is not intended for the purposes of delay, and no party will be prejudiced as a result of said extension. Further, counsel for the Plaintiff has agreed to the requested extension.

## LOCAL RULE CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that counsel for American Express conferred with counsel for Plaintiff on February 12, 2019, and is authorized to represent to the Court that Plaintiff agrees to the requested extension.

WHEREFORE, Defendant American Express Bank, FSB, respectfully requests that this Honorable Court enter an Order granting this Motion, extending the time within which to file a response to Plaintiff's Complaint by an additional 14 days, through and including February 28, 2019, and providing for such other and further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Ashley P. Hayes*
Ashley P. Hayes
Florida Bar No. 91483
**SHOOK, HARDY & BACON, L.L.P.**
100 N. Tampa Street, Suite 2900
Tampa, Florida 33602
Telephone:   (813) 202-7100
Facsimile:    (813) 221-8837
ahayes@shb.com
lcintron@shb.com

*Counsel for Defendant American Express Bank, FSB*

263613 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2019, I electronically filed a copy of the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties or counsel of record listed below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

*Counsel for Plaintiff*
Roddy B. Lanigan, Esq.
LANIGAN & LANIGAN, PL
831 West Morse Boulevard
Winter Park, Florida  32789
roddy.lanigan@laniganpl.com

*Counsel for Defendant Equifax Information Services, LLC:*
J. Anthony Love, Esq.
KING & SPALDING, LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
tlove@kslaw.com

*Counsel for Defendant Experian Information Solutions, Inc.:*
Michael Maugans, Esq.
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida  33131
mmaugans@jonesday.com

*/s/  Ashley P. Hayes*
*Counsel for Defendant American Express Bank, FSB*

263613 v1